IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD NANCE, | ) |
|     Plaintiff, | ) |
| | ) No. 08 C 44 |
| v. | ) |
| CITY OF CHICAGO, a Municipal Corporation, THOMAS McKENNA, Individually and as employee of CITY OF CHICAGO and JOHN DOE, Individually and as employee of CITY OF CHICAGO, | ) Judge Kocoras ) ) Magistrate Judge Cole |
|     Defendants. | ) |

**DEFENDANT OFFICER MCKENNA'S MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO
PLAINTIFF'S COMPLAINT**

Defendant Chicago Police Officer, Thomas McKenna ("Defendant Officer"), by one of his attorneys, Anne K. Preston, Assistant Corporation Counsel, respectfully requests that this Honorable Court extend the time, up to and including April 4, 2008, to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendant Officer states as follows:

1. Plaintiff filed his Complaint on January 2, 2008. Plaintiff's counsel sent notice of a waiver of service of summons to Defendant Officer on January 4, 2008.

2. Defendant Officer's Answer or other responsive pleading is due on or about March 4, 2008.

3. Defendant Officer's attorneys seek an extension of time to review materials pertinent to the allegations in this case.

    4.      This motion is Defendant Officer's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

    **WHEREFORE**, Defendant Officer, Thomas McKenna, respectfully requests that this Honorable Court grant an extension until April 4, 2008 to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

BY:   /s/ Anne K. Preston
       ANNE K. PRESTON
       Assistant Corporation Counsel

30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 06287125

**CERTIFICATE OF SERVICE**

I, Anne K. Preston, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANT OFFICER MCKENNA'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** to be sent via e-filing to the persons named in the foregoing Notice, "Filing Users" pursuant to Case Management/Electronic Case Files, on March 4, 2008, in accordance with the rules on electronic filing of documents.

      /s/ Anne K. Preston
      ANNE K. PRESTON
      Assistant Corporation Counsel