THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD NANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 44 |
| v. ) | |
| ) | |
| CITY OF CHICAGO, a Municipal ) | |
| Corporation, THOMAS McKENNA, ) | Judge Kocoras |
| Individually and as employee of ) | |
| CITY OF CHICAGO and JOHN DOE, ) | Magistrate Judge Cole |
| Individually and as employee of ) | |
| CITY OF CHICAGO , ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:   Michael McCready                         Thomas Aumann
      Law Offices of Michael McCready          Assistant Corporation Counsel
      10008 S. Western Ave.                    30 N. LaSalle St., Suite 1020
      Chicago, IL 60643                        Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER MCKENNA'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kocoras, or before such other Judge sitting in his place or stead, on the 20th day of March, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 4th day of March, 2008.

                                               Respectfully submitted,

                                               /s/ Anne K. Preston
                                               ANNE K. PRESTON
30 N. LaSalle Street, Suite 1400               Assistant Corporation Counsel
Chicago, Illinois 60602
Atty No. 06287125