IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edward Nance, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0044 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| City of Chicago, a municipal corporation, | ) | Magistrate Judge Cole |
| Thomas McKenna, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW APPEARANCE
## AND TO SUBSTITUTE ATTORNEY

Defendant Thomas McKenna, by his attorney Arlene E. Martin, Chief Assistant Corporation Counsel, requests this Court for leave to withdraw the appearance of Assistant Corporation Counsel Anne Preston, filed on behalf of the defendant, and to substitute the appearance of Arlene E. Martin, Chief Assistant Corporation Counsel, as attorney for defendant Thomas McKenna. In support thereof, defendant states as follows:

1. Anne Preston, Assistant Corporation Counsel filed her appearance for defendant McKenna in the above-captioned case.

2. On April 10, 2008, Attorney Martin filed her appearance on behalf of McKenna.

3. Attorneys Preston and Martin are attorneys for the city of Chicago Law Department, Corporation Counsel working in the same division. Ms. Preston has been reassigned to defend other matters currently pending in the office and Ms. Martin has been assigned to defend McKenna.

4. On April 9, 2008, the Court granted plaintiff's request to file an amended

complaint and the granting this motion will not adversely affect the proceedings in this case.

WHEREFORE, defendant Thomas McKenna respectfully requests this Court to grant his motion permitting attorney Anne Preston to withdraw her appearance on defendant's behalf and substituting the appearance of Arlene E. Martin on defendant's behalf.

                        Respectfully submitted,

                        <u>/s/ A.E. Martin</u>
                        Arlene E. Martin
                        Chief Assistant Corporation Counsel

30 No. LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.6566
Atty No. 06189906