IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edward Nance, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0044 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| City of Chicago, a municipal corporation, | ) | Magistrate Judge Cole |
| Thomas McKenna, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Law offices of Michael P. McCready & Assoc.
      10008 So. Western Ave.
      Chicago, Illinois 60643                           City of Chicago
                                                        30 No. LaSalle St. - Suite 1610
                                                        Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on April 10, 2008 I have electronically filed with the Clerk of the above Court **MOTION BY DEFENDANT THOMAS McKENNA TO GRANT A SUBSTITUTION OF ATTORNEYS,** a copy of which is attached hereto and herewith served upon you via electronic mailing.

**PLEASE TAKE FURTHER NOTICE, that if so required,** I shall appear before the Honorable Judge Kocoras on April 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the motion e-filed separately.  Service is expected on all parties via electronic notice.

                                                        Respectfully submitted,

                                                             /s/ A.E.Martin
                                                        Arlene E. Martin
                                                        Chief Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.6949