IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edward Nance, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0044 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| City of Chicago, a municipal corporation, | ) | Magistrate Judge Cole |
| Thomas McKenna, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Law offices of Michael P. McCready & Assoc.    Thomas Aumann
      10008 So. Western Ave.    Assistant Corporation Counsel
      Chicago, Illinois 60643    City of Chicago
          30 No. LaSalle St. - Suite 1610
          Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on April 28 2008 I have electronically filed with the Clerk of the above Court **DEFENDANTS THOMAS McKENNA AND JASON VAN DYKE'S ANSWER TO PLAINTIFF FIRST AMENDED COMPLAINT,** a copy of which is attached hereto and herewith served upon you via electronic mailing.

Service is expected on all parties via electronic notice on April 28, 2008.

Respectfully submitted,

          /s/ A.E.Martin
Arlene E. Martin
Chief Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
312.744.6949