IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Edward Nance, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 0044 |
| | ) | |
| vs. | ) | Judge Charles P. Kocoras |
| | ) | |
| City of Chicago, a municipal corporation, | ) | Magistrate Judge Cole |
| Thomas McKenna, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

**Plaintiff, Edward Nance, by his attorney, Michael P. McCready, and defendants, City of Chicago by Mara S. Georges, Corporation Counsel and Thomas Aumann, Assistant Corporation Counsel and Thomas McKenna and Jason Van Dyke, by their attorney Arlene E. Martin, Chief Assistant Corporation Counsel, request this Court enter the attached agreed protective order if it meets with the Court's approval. In support thereof, defendants state as follows:**

**1.**     Plaintiff has sued defendants for injuries arising out of a purported July 9, 2007 police beating. As part of their discovery defendants will issue medical records subpoenas for plaintiff's records. These medical records are protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA), and physicians, hospitals and medical clinics will not release medical records without a protective order.

**2.**     Plaintiff also seeks the disclosure of police records which include, but are not limited to, defendants' disciplinary histories, complaints made against the defendants and behavioral alert and/or behavioral concerns files, which defendants contend are confidential.

3.	The parties have agreed to the terms that are contained in the attached protective order. (Exhibit 1).

WHEREFORE, plaintiff, Edward Nance, and defendants, City of Chicago, Thomas McKenna and Jason Van Dyke, move this Court to enter the protective order that is attached to this motion.

**Respectfully submitted,**


**City of Chicago**
**Mara S. Georges**
**Corporation Counsel**                                       **/s/ A.E. Martin**
                                                              Arlene E. Martin
                                                              **Chief Assistant Corporation Counsel**
**by:   /s/ Thomas Aumann**                                   **Attorney for Defendants McKenna and**
Atty No. 06282455                                             **Van Dyke**
312.744.1566                                                  30 No. LaSalle Street - Suite 1400
                                                              Chicago, Illinois 60602
                                                              312.744.6949
   **/s/ Michael P. McCready**                                Atty No. 06189906
**Attorney for Plaintiff**
**10008 So. Western Ave.**
**Chicago, Illinois 60643**