THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD NANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 44 |
| v. | ) |
| | ) |
| CITY OF CHICAGO, a Municipal Corporation, | ) |
| THOMAS McKENNA, Individually and as employee | ) |
| of CITY OF CHICAGO and JASON VAN DYKE, | ) |
| Individually and as employee of CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

MOTION TO FILE SECOND AMENDED COMPLAINT

NOW COMES the Plaintiff, EDWARD NANCE, by and through his attorney, The Law Offices of Michael P. McCready, P.C. and moves this Honorable Court as follows:

1. The discovery depositions of the plaintiff, defendants and witnesses have been complete.
2. Based on the testimony elicited, Plaintiff seeks leave to amend his complaint to add allegations regarding an illegal seizure.

WHEREFORE, Plaintiff seeks leave to file a second amended complaint instanter

_____
Michael P. McCready
Law Offices of Michael P. McCready, P.C.
10008 S. Western Ave.
Chicago, IL 60643
773-779-9885
773-779-9190 fax