THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD NANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08 C 44 |
| vs. | ) |
| | ) |
| CITY OF CHICAGO, a Municipal Corporation, | ) |
| THOMAS McKENNA, Individually and as employee | ) |
| of CITY OF CHICAGO and JASON VAN DYKE, | ) |
| Individually and as employee of CITY OF CHICAGO, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF MOTION

To:  Arlene Martin                     Thomas Aumann
     Office of the Corporation Counsel  Office of the Corporation Counsel
     City of Chicago                    City of Chicago
     30 N. LaSalle Street               30 N. LaSalle Street, Suite 1020
     Chicago, IL 60602                  Chicago, IL 60602

On __July 23, 2008__, at __9:30 AM__ or as soon thereafter as counsel may be heard, I shall appear before the presiding judge in courtroom __1725__ located at __US District Court 219 S. Dearborn Street__, __Chicago__, Illinois, and present Motion to File Second Amended Complaint.

Name:       Michael P. McCready
Address:    10008 S. Western Avenue            Attorney for:   Plaintiff(s)
Telephone:  (773) 779-9885                     City/Zip:       Chicago, IL 60643

### PROOF OF SERVICE BY MAIL

I, Michael P. McCready, the attorney, certify that I served this notice by mailing and e-mailing a copy to the above named attorney at the address listed above and depositing same in the U.S. Mail at 10008 South Western Ave. at 5:00 p.m. on the 15th day of July, 2008, with proper postage prepaid.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 I
certify that the statements set forth herein are true and correct

Date:       July 15, 2008
            /s/ Michael P. McCready