**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Edward Nance
                               Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00044
　　　　　　　　　　　　　　　　　　　　Honorable Charles P. Kocoras

City of Chicago, et al.
　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Charles P. Kocoras:Plaintiff's motion [30] for leave to file Second Amended Complaint (Doc 30−2) is granted. Defendants are given to 8/5/2008 to respond to said amended complaint. Hearing on said motion, set for 7/23/2008, is stricken. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.