

# United States District Court
## Northern District of Illinois
### Eastern Division

EDWARD NANCE

v.

THOMAS McKENNA, JASON VAN DYKE

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 44

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the jury returns its verdict in favor of plaintiff on the claim for excessive force. Plaintiff, Edward Nance is awarded $350,00 in damages against defendants Thomas McKenna and Jason Van Dyke.

Michael W. Dobbins, Clerk of Court

Date: 10/29/2009

/s/ Linda Garth, Deputy Clerk