**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD NANCE, | ) | |
| | ) | **No.    08 C 0044** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE WALTER |
| | ) | |
| CITY OF CHICAGO, a Municipal Corporation, | ) | |
| THOMAS McKENNA, Individually and as an | ) | |
| employee of the CITY OF CHICAGO, and | ) | |
| JASON VAN DYKE, Individually and as employee | ) | |
| of CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter coming before the Court on the issue of attorneys' fees and costs to be awarded to the plaintiff, and the respective parties being represented by counsel, plaintiff by one of his attorneys, Michael P. McCready, and defendants by one of their attorneys, Thomas J. Aumann, the Court being fully advised in the premises finds the sum of $180,000.00 in attorneys' fees and costs/expenses to be fair and reasonable with regard to the attorneys' fees and costs incurred by plaintiff, and hereby enters judgment as follows:

Judgment is entered in the amount of $180,000.00 in attorneys' fees and costs/expenses in favor of the plaintiff and against defendant City of Chicago; this amount to be paid within sixty (60) days of entry of this order.


ENTER:_____          DATED:_____
          The Honorable Donald E. Walter
           United States District Judge